IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEXTER ELROY FLEMMING,

   Petitioner,

     v.

U. S. DEPARTMENT OF
HOMELAND SECURITY
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

   Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-1364-TWT

ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action without prejudice for lack of jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 5 day of June, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Flemming\r&r.wpd